**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 21-35-DLB-HAI-1**
**CIVIL CASE NO. 23-119-DLB-HAI**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**             **ORDER ADOPTING RECOMMENDED DISPOSITION**

**RADAJA N. FORD**                                                    **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the Recommended Disposition of United States Magistrate Judge Hanly A. Ingram (Doc. # 149), wherein he recommends that Defendant Radaja N. Ford's Motion to Dismiss (Doc. # 145) be granted and her 28 U.S.C. § 2255 Motion (Doc. # 95) be dismissed. No objections have been filed, and the time for doing so has passed. The Court has reviewed the Recommended Disposition and concludes that it is sound in all respects, and it will be **adopted** as the opinion of the Court.

Accordingly, **IT IS ORDERED** as follows:

(1) The Recommended Disposition of the United States Magistrate Judge (Doc. # 149) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant Radaja N. Ford's Motion to Dismiss (Doc. # 145) is **GRANTED**;

(3) Defendant Radaja N. Ford's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. # 95) is **DISMISSED**;

(4) For the reasons set forth in the Magistrate Judge's Recommended Disposition (Doc. # 149), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**; and

(5) A separate Judgment will be filed concurrently herewith.

This 10th day of September, 2024.

Signed By:
*David L. Bunning*
United States District Judge

G:\Judge-DLB\DATA\ORDERS\Covington Criminal\2021\21-35-1 Order Adopting Recommended Disposition.docx